District Court Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUSTYN STENNER,<br>SANDRA HILDEBRANDT,<br>JOHN McQUARRIE,<br>ANH TAI NGUYEN,<br>JOHN MAYES,<br>CHRISTIAN CRACIUM,<br>ERIC PETERSON, and<br>GERALD THOMSON,<br><br>Defendants. | No. CR13-117RAJ<br><br>ORDER OF DISMISSAL |

This matter comes before the Court upon the notice of the United States for leave to dismiss all pending charges in this matter as to the eight fugitive defendants listed in the caption, above.

IT IS HEREBY ORDERED:

All pending counts in the above-captioned case against the above-captioned defendants are dismissed, without prejudice.

ORDER OF DISMISSAL - 1
*United States v. Stenner et. al,* CR13-117RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970


The outstanding warrants shall be quashed.

DATED this 26th day of June, 2023.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL - 2
*United States v. Stenner et. al,* CR13-117RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970